UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

**Dai Ki Kim**,
              Defendants.

---------------------------------------------------

**ORDER**

CR-05-160(FB)

IT IS HEREBY ORDERED that the court file in this case be unsealed.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
        August 24, 2006